**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Manuel R. Trujillo,<br>Defendant. | ) | No. CR 13-709-TUC-CKJ<br><br>ORDER |

Pending before the Court is the Motion to Remove Detainers (Doc. 76) filed by Defendant Manuel R. Trujillo ("Trujillo").

Trujillo asserts his Arizona Department of Correction time computation and early release credits have been and continue to be affected by a federal detainer placed against him. He also asserts the detainer affects his security classification and placement, which in turn affects his access to programs, jobs, and structures which support rehabilitation. Trujillo requests the detainer be lifted long enough for him to be awarded early release credits and be reclassified.

As the Court has previously discussed, it has no basis or authority to quash the detainer against Trujillo. *See e.g.*, July 31, 2025, Order (Doc. 71). Further, in addition to Trujillo failing to provide any authority for the Court to order a federal agency to cancel then re-institute a lawful detainer, the Court is unaware of any such authority or discretion.

Accordingly, IT IS ORDERED:

1. The Motion to Remove Detainers (Doc. 76) is DENIED.

. . . . .

2. The Clerk of Court shall mail a copy of this Order to:

Manuel R. Trujillo ADC # 160838
ASP - La Plama CLS I
5501 N. La Palma Rd.
Eloy, AZ 85131

DATED this 15th day of January, 2026.

Cindy K. Jorgenson
United States District Judge